# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| Debra Lynn Cherney, and<br>Steven Cherney, Sr.,<br>          Plaintiffs,<br>  v.<br><br>City of Burnsville,<br>Officer Smith (Badge #100),<br>Officer Powers (Badge #119,<br>and Jane Doe and Richard Roe,<br>unknown and unnamed Burnsville<br>Police Officers, personally and<br>individually, and in their official<br>capacities as Burnsville Police<br>Officers,<br>          Defendants. | **COURT MINUTES**<br>BEFORE: Susan Richard Nelson<br>U.S. Magistrate Judge<br><br>Case No:         CV-06-4265 DWF/SRN<br>Date:            February 5, 2008<br>Court Reporter:<br>Tape Number:<br>Time Commenced: 9:30 a.m.<br>Time Concluded:  12:51 p.m.<br>Time in Court:   3 Hours & 21 Minutes |

APPEARANCES:

  For Plaintiffs:    Gregory S. Bachmeier
  For Defendants:    Jon K. Iverson, Susan M. Tindal

  Interpreter / Language:        /

    IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.
**ORDER TO BE SUBMITTED BY:**        ☐ COURT        ☐ PLAINTIFF        ☐ DEFENDANT

## Final Settlement Conference held.  Case is settled.

Motions taken under advisement as of:

☐ ORDER TO BE ISSUED        ☐ NO ORDER TO BE ISSUED        ☐ R&R TO BE ISSUED        ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court        ☐ Exhibits returned to counsel

                                                                    s/ Beverly Riches
                                                            Signature of Judicial Assistant